**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT McCARTHY, | 1:15-CV-00289-LJO-GSA |
| Plaintiff, | **ORDER TO DISMISS WITH PREJUDICE AND CLOSE ACTION (Doc. 7)** |
| v. | |
| YOUNG & BRYANT INC., dba T-SHIRT OUTLET #2, et al., | |
| Defendants. | |

Based on all Parties' stipulation to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **May 8, 2015**               /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1